STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOHNNIE WILLIAMS, DEFENDANT-APPELLANT.

Argued April 20, 1970—Decided May 4, 1970.

*Mr. Daniel R. Coburn,* Assistant Deputy Public Defender, argued the cause for appellant (*Mr. Stanley C. Van Ness,* Public Defender, attorney).

*Mr. Joseph A. Falcone,* Assistant Prosecutor, argued the cause for respondent (*Mr. Joseph P. Lordi,* Prosecutor of Essex County, attorney).

PER CURIAM. The judgment is affirmed for the reasons expressed in the majority opinion of Judge Lewis in the Appellate Division, 110 *N. J. Super.* 64.

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For reversal*—None.